**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| UNIMEX CORPORATION, | ) | No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF | ) | |
| UNIMEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 22-01051-BFK |
| | ) | |
| YANGZHOU PUTIAN SHOEMAKING CO., | ) | |
| LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND NOTICE OF HEARING

PLEASE TAKE NOTICE that Jolene E. Wee, the Plan Trustee ("Trustee") for Unimex Corporation, has filed a Motion to Continue Trial ("Motion").

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THE MOTION IS SCHEDULED FOR DECEMBER 12, 2023 AT 9:30 A.M. IN COURTROOM I OF THE UNITED STATES BANKRUPTCY**

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Plan Trustee*

**COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  November 15, 2023  Respectfully submitted,

JOLENE E. WEE, PLAN TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:  /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2023, a copy of the foregoing Notice was sent by Federal Express, Signature Required, to:

> Yangzhou Putian Shoemaking Co., Ltd.
> 1 Zhennen Road
> Linze Town
> Gaoyou City, Jiangsu 225621
> China

/s/ Dylan G. Trache
Dylan G. Trache

4871-2987-7905